# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| GEORGE MORRIS, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>PLATTFORM ADVERTISING, INC.<br><br>　　　　Defendant | Case No. 13-cv-00703-RAS-DDB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's claims against Defendant with prejudice. This stipulation of dismissal disposes of the entire action.

By Counsel:

*/s/ Chris R. Miltenberger*

| | |
|---|---|
| Chris R. Miltenberger | Edward A. Broderick |
| Texas State Bar No. 14171200 | Anthony Paronich |
| Law Office of Chris R. Miltenberger, PLLC | Broderick Law, P.C. |
| 1340 N. White Chapel Blvd., Suite 100 | 125 Summer St., Suite 1030 |
| Southlake, TX 76092 | Boston, MA 02110 |
| (817) 416-5060 | (617) 738-7080 |
| (817) 416-5062 (fax) | ted@broderick-law.com |
| chris@crmlawpractice.com | anthony@broderick-law.com |
| Designated as Lead Attorney pursuant to Local Rule CV-11(b) | |

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
mmccue@massattorneys.net

**ATTORNEYS FOR PLAINTIFF GEORGE MORRIS**

*/s/ Martin W. Jaszczuk*

| | |
|---|---|
| **Martin W. Jaszczuk** | W. Scott Hastings |
| *Admitted Pro Hac Vice* | State Bar No. 24002241 |
| Illinois State Bar No. 6277720 | shastings@lockelord.com |
| mjaszczuk@lockelord.com | **Daniel Mark Branum** |
| **Keith L. Gibson** | State Bar No. 24064496 |
| *Admitted Pro Hac Vice* | dbranum@lockelord.com |
| Illinois State Bar No. 6237159 | **LOCKE LORD LLP** |
| kgibson@lockelord.com | 2200 Ross Avenue, Suite 2200 |
| **LOCKE LORD LLP** | Dallas, Texas 75201 |
| 111 S. Wacker Drive | Telephone: (214) 740-8000 |
| Chicago, Illinois 60606 | Facsimile: (214) 740-8800 |
| Telephone: (312) 443-0610 | |
| Facsimile: (312) 896-6610 | |

**ATTORNEYS FOR DEFENDANT PLATTFORM ADVERTISING, INC.**

_____

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court via the CM/ECF System on May 8, 2015, which will send notification of such filing to counsel for the Defendant.

*/s/ Chris R. Miltenberger*
Chris R. Miltenberger

___